```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

B.A.                              :      CIVIL ACTION
                                  :
    v.                            :
                                  :
BOROUGH OF SHARON HILL et al.     :      NO. 22-2026
```

ORDER

AND NOW, this   10th   day of May, 2023, it is hereby ORDERED that the motion of defendants to dismiss plaintiff's complaint (Doc. #29) is DENIED as moot on the ground that plaintiff has now filed an amended complaint.

BY THE COURT:

/s/ Harvey Bartle III
_____
                            J.