IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

B.A. Individually and as          :        CIVIL ACTION
parent and Natural Guardian of    :
A. E-A, a minor                   :
                                  :
         v.                       :
                                  :
BOROUGH OF SHARON HILL, et al.    :        NO. 22-2026

ORDER

AND NOW, this 25th day of March 2026, after an evidentiary hearing, and based on the findings and the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion/petition for consent and court approval to proceed with a partial transfer of a structured settlement pursuant to Structured Settlement Protection Act, 40 P.S. 4001, et seq. (Doc. #85) is DENIED;

(2)  the Pennsylvania Treasury Department shall transfer forthwith the ownership of the Pennsylvania 529 Investment Plan account number 578371935-01 from Brandi Acosta to the named beneficiary Alona C. Ellison-Acosta, now that she has reached her majority.  Brandi Acosta shall no longer have any interest or control over the account; and

-2-

(3)   the Clerk shall mail a copy of this order to:

Pennsylvania Treasury Department
Attn: Jennifer Langan, Esquire
12 Finance Building
Harrisburg, PA 17120


BY THE COURT:


/s/   Harvey Bartle III
                                              J.

-2-